# Morgan Lewis

**Brendan T. Killeen**
+1.212.309.6712
brendan.killeen@morganlewis.com

January 8, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Court, Southern District of New York
500 Pearl St., Room 1910
New York, New York 10007

Re: *Davila, et al., v. Bank of America, Corp, et al., Civil Action No. 24-cv-08526*

Dear Judge Cote:

On behalf of Defendants Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Defendants"), and with the consent of Plaintiffs Linda Davila and Cathy Bender ("Plaintiffs"), we write to respectfully request an adjournment of the January 16, 2025 initial pre-trial conference.

The parties have been working cooperatively together to determine if this matter can be resolved and dismissed without court intervention. Therefore, in the interests of conserving party and judicial resources, the parties propose that the initial pre-trial conference be postponed so that the parties can continue their discussions. This is the first request for an adjournment of the conference, and it will not affect any other scheduled dates in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Brendan T. Killeen*
Brendan T. Killeen

*[Handwritten annotation: The conference is adjourned to 1/30 at 10:30 am. Denise Cote 1/14/25]*

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States

☎ +1.212.309.6000
📠 +1.212.309.6001