UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :     24cv8526(DLC)
LINDA DAVILA, et al.,                :
                                     :        ORDER
                    Plaintiffs,      :
          -v-                        :
                                     :
BANK OF AMERICA, CORP., et al.,      :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    On January 31, 2025, the defendants filed a motion to
compel arbitration and stay this action.  Accordingly, it is
hereby

    ORDERED that any opposition to the defendants' motion is
due **February 21, 2025**.  Any reply is due **March 7**.  At the time
any reply is served, the moving party shall supply Chambers with
two (2) courtesy copies of all motion papers by mailing or
delivering them to the United States Courthouse, 500 Pearl
Street, New York, New York.

    IT IS FURTHER ORDERED that the initial pretrial conference
scheduled for February 25, 2025 is adjourned sine die.

Dated:    New York, New York
          February 3, 2025

                              _____
                                    DENISE COTE
                              United States District Judge